IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BED-VILLAGE OAKS, LLC AND<br>326 COLONIAL APARTMENT<br>COMPLEX, LLC<br><br>   *Plaintiffs,*<br><br>v.<br><br>SENECA SPECIALTY INSURANCE<br>COMPANY,<br><br>   *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-0553-G |

### DEFENDANT SENECA SPECIALTY INSURANCE COMPANY'S
### MOTION TO DISMISS PLAINTIFF 326 COLONIAL APARTMENT COMPLEX, LLC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Defendant Seneca Specialty Insurance Company ("Seneca") requests that this Court dismiss the claims asserted by Plaintiff 326 Colonial Apartment Complex, LLC ("Colonial") because it lacks standing to assert them. Seneca issued an insurance policy to Plaintiff BED-Village Oaks, LLC, which later reported two claims for fire damage at the property. Seneca paid those claims, but in the process of investigating them, Plaintiff BED-Village Oaks, LLC sold the property at issue to Plaintiff 326 Colonial Apartment Complex, LLC ("Complex"). Neither Plaintiff notified Seneca of the sale, nor did they attempt to obtain its consent to any transfer of rights under the Policy it had issued to Plaintiff BED-Village Oaks, LLC. The terms of the insurance policy specifically prohibit such assignments without Seneca's prior, written consent. Texas courts also recognize that the inability to transfer claims under an insurance policy means that the purchaser of the property lacks standing to assert any claims under it. Accordingly,

Defendant Seneca Specialty Insurance Company, Inc. requests that this Court dismiss the claims asserted against it by Plaintiff 326 Colonial Apartment Complex, LLC due to a lack of standing.

                          Respectfully submitted,

                          THOMPSON, COE, COUSINS & IRONS, L.L.P.

                          By: /s/
                              James N. Isbell
                              Attorney-in-Charge
                              Bar No.  10431900
                              jisbell@thompsoncoe.com
                              Christopher H. Avery
                              Bar No. 24069321
                              cavery@thompsoncoe.com
                          One Riverway, Suite 1400
                          Houston, Texas 77056
                          Telephone:  (713) 403-8210
                          Facsimile:  (713) 403-8299

Local Counsel:
Travis M. Brown
State Bar No. 24061890
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  tbrown@thompsoncoe.com

**ATTORNEYS FOR
SENECA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was served via the Court's electronic notification system on the following counsel of record:

    Mr. Matthew R. Pearson
    Mr. Jonathan C. Lisenby
    Gravely & Pearson, LLP
    425 Soledad, Suite 600
    San Antonio, Texas  78205
    mpearson@gplawfirm.com

jlisenby@gplawfirm.com
(210) 472-1111 phone
(210) 472-1110 facsimile

                                                                                   */s/*
                                                                                Christopher H. Avery