# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

BED-VILLAGE OAKS, LLC and 326 COLONIAL
APARTMENT COMPLEX, LLC
Plaintiff

v.

3:17-CV-0553-G
Civil / Criminal Action No.

SENECA SPECIALTY INSURANCE COMPANY
Defendant

## NOTICE OF CORRECTION OF SIGNATURE OMISSION

On May 1, 2017 I submitted a document by electronic means that was entered on the docket as document number 16, titled

Defendant Seneca Specialty Insurance Company's Motion to Dismiss Plaintiff 326 Colonial Apartment Complex, LLC

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and my typed name, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper. My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a).

Date: 05/01/17

s/ [signature]

Bar Number: 24069321

Address: One Riverway, Suite 1400

Houston, Texas 77056

Telephone: (713) 403-8210

Fax: (713) 403-8299

E-mail: cavery@thompsoncoe.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil or Criminal/Notices/Notice of Correction of Signature Omission