IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BED-VILLAGE OAKS, LLC AND 326 COLONIAL APARTMENT COMPLEX, LLC | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 3:17-cv-0553-G |
| v. | § § | |
| SENECA SPECIALTY INSURANCE COMPANY, | § § § | |
| *Defendant*. | | |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Defendant Seneca Specialty Insurance Company ("Seneca") files this Motion to Substitute Counsel and in support thereof shows the Court as follows:

**I.**

Seneca respectfully requests that the Court enter an Order allowing Travis M. Brown to withdraw as counsel for Seneca, and substitute in his place Lindsey Shine Lawrence, whose contact information is as follows:

Lindsey Shine Lawrence
State Bar No. 24053681
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  llawrence@thompsoncoe.com

**II.**

Good cause exists for the Court to grant this motion, as Seneca desires that Lindsey Shine Lawrence be substituted as counsel in the above-styled and numbered cause of action.  Plaintiff is unopposed to this substitution. This substitution is sought in the interest of justice and not for the purpose of delay.

**III.**

Based on the foregoing, Defendant Seneca Specialty Insurance Company requests that this motion be granted, and that the Court enter an Order substituting Lindsey Shine Lawrence in place of Travis M. Brown.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

 */s/ James N. Isbell*
James N. Isbell
Attorney-in-Charge
Bar No.  10431900
jisbell@thompsoncoe.com
Christopher H. Avery
Bar No. 24069321
cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

Local Counsel:
Lindsey Shine Lawrence
State Bar No. 24053681
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200 | Facsimile:   (214) 871-8209
Email:  llawrence@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
Seneca Specialty Insurance Company

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendant attempted to contact counsel for plaintiff via email on April 27, 2017 and May 1, 2017 and to date there has been on response.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing instrument has been served on counsel of record via electronic notification, May 8th, 2017:

                                                          */s/   Christopher H. Avery*
                                                        Christopher H. Avery

2712164v1
01446.165