UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BED-VILLAGE OAKS, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-0553-G |
| SENECA SPECIALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's motion to substitute counsel (docket entry 22) is **GRANTED**.

Therefore, **Travis M. Brown** is **WITHDRAWN** and the following is

**SUBSTITUTED**:

    Lindsey Shine Lawrence
    State Bar No. 24053681
    THOMPSON, COE, COUSINS & IRONS, L.L.P.
    700 North Pearl Street, 25th Floor
    Dallas, Texas  75201
    Telephone:  214.871.8200
    Facsimile:   214.871.8209
    Email:  llawrence@thompsoncoe.com

    **SO ORDERED**.

May 11, 2017.

                                          _____
                                          **A. JOE FISH**
                                          **Senior United States District Judge**