IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BED-VILLAGE OAKS, LLC AND<br>326 COLONIAL APARTMENT<br>COMPLEX, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>SENECA SPECIALTY INSURANCE<br>COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-0553-G |

### DEFENDANT SENECA SPECIALTY INSURANCE CO.'S
### RESPONSE TO PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

This Court should deny Plaintiffs' Motion to Remand. [Doc. 10]. Plaintiffs do not dispute that the Court has diversity jurisdiction over this matter, and instead, base their arguments for remand solely on a Service of Suit clause contained in the policy Defendant Seneca Specialty Insurance Company ("Seneca") issued to Plaintiff BED-Village Oaks, LLC ("BED"). That is a procedural defect that had to be raised within thirty days of removal. Plaintiffs did not do so. Accordingly, their Motion should be denied.

    Respectfully submitted,

    THOMPSON, COE, COUSINS & IRONS, L.L.P.

    By: */s/ Christopher H. Avery*
        JAMES N. ISBELL
        Attorney-in-Charge
        Bar No. 10431900
        jisbell@thompsoncoe.com
        CHRISTOPHER H. AVERY
        Bar No. 24069321
        cavery@thompsoncoe.com
        One Riverway, Suite 1400
        Houston, Texas 77056

Telephone: (713) 403-8210
Facsimile: (713) 403-8299

LOCAL COUNSEL:
LINDSEY SHINE LAWRENCE
State Bar No. 24053681
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: llawrence@thompsoncoe.com

**ATTORNEYS FOR**
**SENECA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served via the Court's electronic notification system on the 15th day of May to the following counsel of record:

MATTHEW R. PEARSON
JONATHAN C. LISENBY
GRAVELY & PEARSON, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
mpearson@gplawfirm.com
jlisenby@gplawfirm.com

                                                      */s/Christopher H. Avery*
                                                      CHRISTOPHER H. AVERY