UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BED-VILLAGE OAKS, LLC and <br> 326 COLONIAL APARTMENT <br> COMPLEX, LLC <br>           Plaintiffs, <br><br> VS. <br><br> SENECA SPECIALTY INSURANCE <br> COMPANY <br>           Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 3:17-cv-00553-G |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF 326 COLONIAL APARTMENT COMPLEX, LLC**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiffs BED-VILLAGE OAKS, LLC AND 326 COLONIAL APARTMENT COMPLEX, LLC ("PLAINTIFFS"), and file this Response to Defendant's Motion to Dismiss Plaintiff 326 Colonial Apartment Complex, LLC.

1. After a review of Defendant's motion and the applicable case law, Plaintiff 326 Colonial Apartment Complex, LLC has decided not to oppose Defendant's motion.

**CONCLUSION AND PRAYER**

Based on a review of Defendant's motion and the applicable case law, Plaintiff 326 Colonial Apartment Complex, LLC does not oppose Motion to Dismiss Plaintiff 326 Colonial Apartment Complex, LLC.. Plaintiffs additionally pray for all other relief to which they are entitled.

Respectfully submitted,

_____
Matthew R. Pearson
State Bar No. 00788173
mpearson@gplawfirm.com
Jonathan C. Lisenby
State Bar No. 24072889
jlisenby@gplawfirm.com
GRAVELY & PEARSON, LLP
425 Soledad, Suite 600
San Antonio, Texas  78205
Telephone: (210) 472-1111
Facsimile:   (210) 472-1110

And

Warren V. Norred
State Bar No. 24045094
wnorred@norredlaw.com
Norred Law, PLLC
200 E. Abram Street, Suite 300
Arlington, Texas 76010
Telephone:  (817) 704-3984
Facsimile:  (817) 524-6686

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above Motion to Remand was served under both Rule 5 of the Federal Rules of Civil Procedure, and Rules 21 and 21a of the Texas Rules Civil Procedure, on the 22nd day of May, 2017, upon the following counsel of record:

    James N. Isbell
    jisbell@thompsoncoe.com
    Christopher H. Avery
    cavery@thompsoncoe.com
    Thompson, Coe, Cousins & Irons, LLP
    One Riverway, Suite 1400
    Houston, Texas  77056

                                                  Matthew R. Pearson