UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BED-VILLAGE OAKS, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-0553-G |
| SENECA SPECIALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the court is the motion of the defendant Seneca Specialty Insurance Company ("Seneca") to dismiss the claims asserted by the plaintiff 326 Colonial Apartment Complex, LLC ("Colonial") because Colonial lacks standing to assert its claims. Defendant Seneca Specialty Insurance Company's Motion to Dismiss 326 Colonial Apartment Complex, LLC at 1 (docket entry 16). The plaintiffs do not oppose the motion. *See generally* Plaintiffs' Response to Defendant 's Motion to Dismiss 326 Colonial Apartment Complex, LLC (docket entry 26). Accordingly, the motion is **GRANTED**.

**SO ORDERED.**

May 30, 2017.

_____
A. JOE FISH
Senior United States District Judge