UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BED-VILLAGE OAKS, LLC, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-0553-G |
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the motion of the plaintiffs, BED-Village Oaks, LLC ("BED") and 326 Colonial Apartment Complex, LLC ("326 Colonial ") (collectively, "plaintiffs"), to remand this case to the state district court from which it was previously removed (docket entry 20).  On January 20, 2017, the plaintiffs filed suit against Seneca Specialty Insurance Company ("Seneca") in the 116th Judicial District Court of Dallas County, Texas.  *See* Defendant's Notice of Removal ¶ 1 (docket entry 1).  On February 24, 2017, Seneca timely removed the case to this court pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446 based upon diversity-of-citizenship jurisdiction.  *Id.* ¶ 3.  On May 1, 2017, the plaintiffs moved to

remand this case.  *See* Plaintiffs' Opposed Motion to Remand (docket entry 20). However, a motion to remand "on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal . . . ."  28 U.S.C. § 1447(c).  Accordingly, the motion is **DENIED**.

    **SO ORDERED.**

May 30, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**